UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | : | Case No. 1:15-cv-376 |
| Plaintiff, | : | Judge Timothy S. Black |
| v. | : | Magistrate Judge Stephanie Bowman |
| VINCENT STEPHENSON, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 51)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and memoranda filed with this Court and, on March 15, 2017, submitted a Report and Recommendation. (Doc. 51). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, Plaintiff's motion for summary judgment (Doc. 43) is hereby **GRANTED** and judgment is entered in favor of Plaintiff and against Defendant Patricia

Stevenson in the amount of $428,459.82, jointly and severally with Vincent Stevenson d/b/a Icon Works, Gina George a/k/a Gina Ristick, Lego Demolition, LLC; Mitch G. Stevenson; Miller Brothers Construction/Demolition LLC and Steven G. Stevenson II (*see* Doc. 29).

**IT IS SO ORDERED.**

Date: 5/11/17

Timothy S. Black
United States District Judge